UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT EASTERN DIVISION OF ILLINOIS

**RECEIVED**

Jimmy Dale Miller #2007-0049271
ERIC CANNON #2007-0094203
                    Plaintiffs,

- vs -

• Deputy Sheriff MR. VELEZ
• Lt. Ms. MARTINEZ
• MR. Hinton
• Ms. ~~Thomas~~ C. Giles
• Deputy Sheriff Mr. Lithenburger "LB"
• Deputy Sheriff Mr. Johnson
  Sgt. MR. PAUPT
  Supt. SALAZAR
  Supt. D. ANDREW
• Deputy Sheriff MR. Aloisio
                Defendants.

APR 10 2008
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Complaint

08CV2054
JUDGE GETTLEMAN
MAG. JUDGE KEYS

JUDGE ——

Complaint under Civil Righ act title 42 section 1983
U.S. CODE

1. Plaintiff:
    A) NAME: Jimmy Dale Miller
    B) List alias: "NEWyork"
    C) Jail Number: #2007-0049271
    D) Place of Confinement: Cook county Jail
    E) address: P.O. Box 089002, Chicago, IL. 60608

   Plaintiff:
       A) ERIC CANNON #2007-0094203
       B) List Alias: "E"

B) DEFENDENT: MS. MARTINEZ
   Title: LT. (Disciplinary Hearing Board Designee)
   Place of Employment: Cook County Jail

C) DEFENDENT: Ms. ~~Jacqulina~~ C. Giles
   Title: Disciplinary Hearing Board Designee (civilian)
   Place of Employment: Cook County Jail

D) DEFENDENT: MR. VELEZ
   Title: Deputy Sheriff
   Place of Employment: Cook County Jail (Division 10)

E) DEFENDENT: ~~Mr~~. Lithenbueger "LB"
   Title: Deputy Sheriff
   Place of Employment: Cook County Jail (Division 10)

F) DEFENDENT: MR. Johnson
   Title: Deputy Sheriff
   Place of Employment: Cook County Jail (Division 9)

G) DEFENDENT: MR. Aloisio
   Title: Deputy Sheriff
   Place of Employment: Cook County Jail (Division 9)

H) DEFENDENT: MR. Paupt
   Title: Sgt.
   Place of Employment: Cook County Jail (Division 9)

I) DEFENDENT: MR. SALAZAR
   Title: Superintendent
   Place of Employment: Cook County Jail (Division 9)

J) DEFENDENT: MR. D. ANDREW
   Title: Superintendent
   Place of Employment: Cook County Jail (Div 10)



III List all LAW SUITS YOU HAVE Filed (if any)
(also CO-plaintiffs (if any) IN OR Federal Court in the
United State)

(A) _Plaintiff:_ Jimmy Dale Miller # 2007-0049271
· _Name the Case & Docket:_ DONT REMEMBER
· _Approximately Date of Filing:_ Dont Remember
· _List of plaintiffs if any:_ My self
· _List DEFENDENTs:_ I believe it was the Director of
the New york Department of Correction MR. Coughlin,
the superintendent of the prison I was in. and
staff, It been so long ago I really dont remember.
· _Court in which the law suit was filed_ ? i Dont
Remember
· _Name of Judge to whom Case was assigned_ ? :
Dont Remember
· _Basic claim made:_ challenging a Disciplinary
Hearing
· _Disposition of this Case?:_ I believe it was
Dismissed for failure to State Claim
· _approximate Date of disposition?_ 80's or Early 90's

(PRESENT CASE in federal court)
· NAME the Case & Docket # : "Jimmy Dale Miller (#2007-
0049271) Vs. CORRECTIONAL officer John DOE, et al.
· _approximately Date of Filing:_ Feb. 01, 2008
· List of Plaintiffs : My SELF
· List Defendants : CORRECTIONAL officer John DOE, et al.
· COURT in which the law suit was filed ? : United States
District Court, Northern District of ILLINOIS  ③

- <u>Name of Judge to whom Case was assigned</u>? :
  HONORABLE ROBERT W. GETTLEMAN
- <u>Basic claim made</u>: plaintiff claims that the
  defendents, CORRECTIONAL officials and health care
  providers at the jail, have Violated plaintiff's constit-
  utional Rights by acting with deliberate indifference
  to his serious medical and mental health Needs, by
  using excessive force against him, and by interfering
  with his access to the courts. More specifically, Plaintiff
  alleges that (1) his request for his psychotropic medication
  were ignored, resulting in a suicide attempt; (2)
  he was denied needed medical care for a back injury,
  eye problem, and other ailments; (3) guards beat him
  and "hogged-tied" him (while another officer stood
  By without intervening when Fellow officers used unjustified
  Force);
- <u>Disposition of the case</u>? :  STILL PENDing
  STATUS HEARING SET FOR APRIL 29.08
- <u>approximate date of Disposition</u>? : N/A


(B) CO-PLAINTIFF: ERIC CANNON #2007-0094203
  - <u>Name the case & DOCKET</u>?  Dont Remember
  - <u>approximately DATE of Filing</u>?  Dont Remember
  - <u>List of plaintiff if any</u>?    SELF & LARRY PIATEK.
✱ - <u>List of DEFENDENTS</u>: ?    (2) TWO
✱ - <u>COURT in which the law suit was Filed</u>? WESTERN DIS. of WI.
✱ - <u>NAME of The Judge to whom case was assigned</u>? Dont Remember
  - <u>Basic Claim made</u>? Request for psychotropic medication
       ignored

Disposition of this case? Dismissed with prejudice approximately date of Disposition? I believe 2005

IV. Statement of Claim: State here as briefly as Possible the Fact of your case. Describe how each defendent played a part in the matter. including Names Dates, and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claim number and set forth each claim in a seperate paragraph: "While in the Jurisdiction and in the custody of the defendents, it is thier duty and Responsibility to provide Plaintiffs: Mr. Jimmy Dale Miller #2007-0049271 and co- Plaintiff Mr. Eric Cannon #2007-0094203) Reasonable care and protection of said Plaintiffs; and at all Relevant times here in Defendents were "Person" For purposes of 42 U.S.C. 1983 section and acted under color of law to deprive plaintiffs of their constitutional Rights as set Foueth more Fully Below:

Plaintiff: Jimmy Dale Miller #2007-0049271

(1) On Oct 25, 2007 I was Released From the the psych ward after an attempt to committ suicide. Before the suicide attempt I was in the "Hole" For a Fight. I Received my Misbehavior Report; Later went to a Hearing. The Hearing was conducted by Mr. Hinton... Mr. Hinton Never told me rather if I was Found Guilty or Not Neither was I told how much Time I had to do or given a Disposition of the out come of my

HEARING.

When they released me From the psych ward I was Transfered to DIV. 10  2B to 1 cell, again an incident occurred with my cell mate, we had A fight ( This was about A few months Later) I NEVER RECEIVED A misbehavior report But I went to the hearing the hearing Board Designee's were Lt. Martinez, and civilian Ms. Jane Doe AS soon as the hearing commenced I told Lt. Martinez that I have not receive A misbehavior Report she stated " that's Not our fault it's up to the Tier officer to give you your copy." ~~I~~ I NEVER RECEIVED A Disposition, NOR WAS I told How much Time I would RECEIVE or Rather they Found me guilty or Not.

. When I had the fight with my cell mate they moved me to Div 10 1A there (on or about the month of JAN/08) I got into another altercation with a CARLOS Ruiz a DETAINEE that RAN up and attacked me. A FALSE Misbehavior Report was written against me By Deputy sheriff VELEZ. I NEVER RECEIVE A misbehavior Report; I went to the hearing which was being led by MR. Hinton Disciplinary DESIGNEE. I was NEVER told what I will Receive But was told "We'll get back with you." They NEVER Did and I NEVER RECEIVED A Disposition

ON FEB 08.08 I was written up by C.O. Wilcox I RECEIVED the Misbehavior Report But Refused to sign (How ever I was still given my ticket ) WENT to the HEARING which was conducted by Lt. Martinez and Ms. JANE DOE

I pled Not Guilty to the Charge and Ms. Martinez (Lt) stated "She wrote the Ticket wrong" I was NEVER given A Disposition or was Ever told if I was Found Guilty or Not.

ON the 11th of February another incident occured Between myself and A Detainee Thomas coffie WE WERE Both ingaged in A psycial altercation in which we both had to be seperated By several Detainees during the whole altercation C.O. Lithensburger did nothing to Seperate us or stop the Fight But let us continue Fighting until we were seperated By other detainee. That day I was written up For fighting However Thomas coffie was never written up. I never received a Misbehavior Report. I went to the hearing which was conducted by Lt. Martinez and Ms. JANE DOE. infact this misbehavior Report was heard the SAME DAY she heard the misbehavior Report that Ms. Wilcox wrote on me Feb. 08, 08 I never received a Disposition in Both misbehavior Reports.

ON the 27th of Febrary I was brutally assaulted by Smith Levail in the shower. I was Served a misbehavior Report, signed for it. I went to the hearing which was conducted by Mr. Hinton, Ms. JANE DOE, and Beputy sheriff Lithensburger "LB" I pled Not Guilty and Explained to the Board that I wish to File criminal charges against this Detainee again I WAS NEVER given A Disposition NOR was I Ever Told if I was Found guilty or Not. I was Transfered to Div 10-1D

⑦



On March 06 while Housed on 1D in Div 10
I was called to Receiving and there I was told that I am to
Pack it up For I will be going to the Hole (segregation) when I
asked the officer what For? She said "For a Fight I had with a
Carlos Ruiz." I told her that was in January! She then stated
"Well I guess they got Room For you." I told her that I never
received a misbehavior received a misbehavior Report. ~~the third~~
~~third that it was~~ I was Further ~~that~~ told that I only
had 10 days to do. I packed up my things
and was led to the receiving Bull pins There
I saw Corr. Counselor Ms. Graham and she
asked me about the injury I sustain (Swollen Eye)
I told her I was Jumped on in the Shower and wanted
to press charges. she went into her office and
told me to file a grievance and request to press
charges... (This officer Name is Ms. Wilson)

(2) On March 06 I, co-plaintiff ERIC CANNON
#2007-0094203 was led into Division 9 there
positioned at the gate was Superintendent SALAZAR
he was on a buggy cart. We were led into
a receiving area placed in a ~~bull~~ Bull pin
then Superintendent SALAZAR came in And started
yelling and cursing at us to get away From the
Bars and to Find a Seat (even on the Floor)
He then Instructed his officer's  C.O. Aloision
if they Dont comply with the Search Put them
on Security Level and made it clear that they had

⑧

<u>Enough Room there!</u>

We were led into another cell and ordered to strip to our clothes as other Inmates, officers and other staff members who entered the receiving AREA We were told to Face the wall, Grab it, cough several times. At the time of this strip SEARch there were PARTition which are used to SEARch a DETAINEES, to protect his privacy these partition were Never ~~passed~~ used The strip ~~search~~ SEARch was Conducted by C.O Aloisio And C.O. Johnson and was supervised By Sgt. Paupt

On MARch 16, 08  10 day's later the officer called out all the Seg. Release But they didn't Call my cell. I tried to find out what was going on The officer said he would check on it But it would be difficult because it is the week end. that monday (I believe) I asked our gallery officer Deputy officer Ms. King and told her what my Situation is And my out date, she went and checked and told me that I had 38 Day and I get out April 13, 08. I Filed a grievance on the 16th of march which was Received By my Couselor Mr. Pluckett on 3/18/08 I havent heard any thing From my ticket so I wrote another Grievance on the Disciplinary and the strip SEARch Issues.

(9)

Watched As

Some time later Couselor Pluckett came to me
with the grievance I Filed REguarding mne wishing to
press charge a gainst LEVail Smith. I Appealed the
grievance (it was Forward to I.A.D., Internal Affair Dept.)

I was then moved to 2E Lower 5 cell Maximum
Security status

On 3/31/08 as I was coming Back from the Parole
Hearing Board Mr. Hinton and Lt. Martinez were leaving
out of Div. 9 I requested to speak with then they
Both Denied to speak with me

On 4/1/08 at 1:12 P.M. Internal affairs #Investigtar
Ms. Garcia (Badge #16) came to speak with me
about my wanting to press charges against Levail smith
I was Read my Rights and was asked a few questioned
before Ms. Garcia made the Determination that she felt
I would sue the county so she concluded the
interview in order not to inciminate her self
(These were her words) she asked me to sign a
consent form to release my medical Record I told
her that it would be best that I didn't sign anything
until I am appointed legal Representation...

Later on on this same Day (4/1/08/) Corr. Counselor
Ms. Butler came to my cell I gave her the 2 grievances
(I refiled reguareding the Disciplinary hearings and
the strip search) she gave me a copy of my First
grievance I Filed Disciplinary Proceeding/Disposition, and appeals

the grievance was never given a control number
Nor did I received A Response or any FEED BACK
FRom my GRIEVANCE. however my grievance WAS
handled as a REquest and was Instructed to
Appeal to the Superintendent I WAS Never given the
appropriate FoRm to appeal to the superintendent
I Then File A REquest to J. Mailler, MR. WARREN
and (Supervisor's) and counselor Butler FoR Further
assistant on the matter and appeal process
  Also the grievance was marked (DENIED)
APPEAl to superintendent



CO-Plaintiff: ERIC CANNON # 2007-0094203

* This is Jimmy Dale Miller # 2007-0049271
  I'm writing on the be half of MR. ERIC CANNON
  hE made attempt to committ suicide  hE WAS
  ESCoRted off the unit By Several officer to
  Psych unit   03/09/08 Sunday 3pm to 11.pm
  shift approximately 7:30 P.M.

  CELLMATE STATEMENT : My cell mate was under serious
depression he kept contimprating taking his own life
because he metioned he was clausfrophobic
(11)

✳ this is Jimmy Dale Miller #2007-0049271 I am
again writing on the behalf of Co-Plaintiff ERIC
CANNON #2007-0094203 I am trying to get
his state-ment and his Signature and sent
a Detainee to his cell but WAS informed that
CO-Plaintiff ERIC CANNON #2007-0094203 WAS
HAS Returned From the psych unit But WAS
HEAVENily SEDATED. Approx 10:55 AM Monday 10, 2007

✳ ERIC R. CANNON, ON MARCH 6th 2008 I, as well as
MR Jimmy Miller & a couple of other Detainees were shipped
from Div 10 to 9 for purposes of serving seg time. While
in the bull-pin Officer Johnson gave both Jimmy Miller &
I, as well as (2) two other Detainees direct orders to strip down
of all our clothes. We were observed by other Detainees awaiting
to go through the same process. We were then ordered by
& Officer Aloisio TO "TURN AROUND, GRAB THE WALL & cough."
We were told to cough (2) two times in a embarrassing &
ackward position, in front of everybody.

While the search was conducted it was supervised
by Sgt. PAUPT who stood & randomly got up, behind
a desk & watched the search being conducted. Right behind
him there were several Search Partitions (the ones They
use for privicy) & not one time did he reccommend that
they be used. - filed a Grievance.

V. Relief: STATE BRIEFLY what you want the Court TO DO FOR you. MAKE NO LEGAL arguments CITE NO CASE OR STATUES

Plaintiff: Jimmy Dale Miller # 2007-0049271
Request the following Relief(s):

· Plaintiff request an ORDER declaring that the Defendents have acted in Violation of the United States Constitution

· Plaintiff Request Compensatory, Punitive and MONETARY DAMAGES in the amount to be deteemined by the ENlightenled conscience of a JURY

· Plaintiff REquest compensatory, punitive, MONEtary Nominal and Actual damages to be awarded EACH "SEPERATEly" to the plaintiff against C.O. Aloisio C.O. Johnson and Sgt. Paupt and All Remaining Defendents

· Plaintiff REquest an Injunctive Relief Requesting A PERMANATE Restraining order against C.O. ALOISIO, C.O. Johnson, Sgt. Paupt FOR Plaintiff FEARs that Retribution will be sought againts plaintiff FOR filing this Complaint against defendents.

· Plaintiff Requested to be compensated FOR EVERY DAY he spent in SEGREGATION



Plaintiff request that DEFENDENTS: C.O ALOISIO
C.O. Johnson, and Sgt. Paupt be sued in their
indivisual and offical capacity

plaintiff further pray for Judgement in his Favor
and damages in his favore against Defendents
that contributed to plaintiff mental anguish
and such additional relief as the court
may deem just and proper.

Jimmy Dale Miller
Jimmy Dale Miller #2007 0049271

Also ... Plaintiff Jimmy Dale Miller # 2007 0049271 Humbly Request
that the Following Individuals be allowed to Join this
Class Action. (I have Not the time or the opportunity)
Take down their state ment, File Informis Pauporis application
and Financial affidavit they have also been effected by this
action againts Defendents and wish to be apart of
this civil suit   Detainees are as Follows:

· Robert Lewis    20070054332    Robert Lewis
· Kelvin Jones    20060053138    Kelvin Jones
· Aaron Dean    20070083214    Aaron Dean
· Carlos Ruiz    ( ? )    N/A

(15)

<u>CO-PLAINTIFF</u>- ERIC R. CANNON #20070094203
    Request the following Relief(s):

· Plaintiff request an order declaring that the defendants
  have acted in violation of the United States Constitution

· Plaintiff request compensatory, punitive & monetary damages
  in the amount to be determined by the enlighted conscience
  of a jury

· Plaintiff request compensatory, punitive & monetary nominal &
  actual damages to be awarded "seperatly" to the plaintiff(s)
  against each officer - officer ALOISIO, officer Johnson & Sgt.
  Paupt.

· Plaintiff request an injunctive Relief requesting a permanate
  'restraining Order' against officer ALOISIO, officer Johnson &
  Sgt. Paupt: for plaintiff fears that Retribution will be
  saught against plaintiff for filing this complaint against
  defendents.

· Plaintiff request that Defendents: officer ALOISIO, Officer Johnson,
  & Sgt. Paupt be sued in their individual & official capacity.

· Plaintiff futher prays for judgement in his favor & damages in his
  favor against the defendents that contributed to Plaintiffs
  pain & suffering & mental anguish & such additional relief as the
  court may deem just & proper.....  (15) * Eric R. Cannon #20070094203
                                              ERIC R. CANNON

VI The Plaintiff(s) Demands That the Case
Be Tried By A Jury    ☑ Yes    ☐ No


## Certification

By Signing this complaint, I certify that the facts
Stated in this complaint are true to the best of
"Our" Knowledge information and belief "We" Understand
That if This Certification is not correct "we" may
be Santioned by the Courts...


~Jimmy Dale Miller~
Jimmy Dale Miller #2007-0049271
Cook County Jail, P.O. Box 089002
Chicago, Ill. 60608


X Eric R. Cannon
Eric Cannon #2007-0094203
Cook County Jail, P.O. Box 089002
Chicago, Ill. 60608









