R  

MHK 

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** JIMMY DALE MILLER, et al.

**Defendant(s):** DEPUTY SHERIFF MR. VELEZ, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Jimmy Dale Miller (#2007-0049271)
Eric Cannon (#2007-0094203)
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
APR 10 2008
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**08CV2054
JUDGE GETTLEMAN
MAG. JUDGE KEYS**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham **Date:** 04/10/2008
Gettleman 08C711
Keys