UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION

Jimmy Dale Miller #2007-0049271
ERIC CANNON #2007-0094203
  Plaintiffs,

vs.

Deputy Sheriff Mr. Velez
Mr. Lithen Burger "L.B"
Mr. Hinton
Lt. Martinez
Ms. ~~[redacted]~~ C. Giles
Deputy Sheriff Mr. Aloisio
Deputy Sheriff Mr. Johnson
Sgt. Mr. Paupt
Supt. Salazar
Supt. D'Andrew
  Defendants

FILED
APR 1 0 2008
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion For Appointment of Counsel

08CV2054
JUDGE GETTLEMAN
MAG. JUDGE KEYS
JUDGE

## Motion for Appointment of Counsel

1. I Jimmy Dale Miller #2007-0049271 declare that I am the plaintiff in the above entitled proceeding and have included Eric Cannon #2007-0094203, we state that we are unable to afford the services of an attorney and hereby request the court to appoint counsel to represent us in this proceeding.

2. In support of our motion I declare that we have made the following attempt to retain counsel by contacting several "PRO-BONO" law firms, on the behalf as well as my co-plaintiff Mr. Eric Cannon #2007-0094203 via United State Postal Service (Deposited Mail) The Firms are as Follows:

- Wildman Harold Allen and Dixon  225 W. Wacker dr. Chigago IL
- Seyforth shaw Fair weather  55 E. Monroe st. chicago. IL.
- Winston and Strawn  35 W. Wacker dr. chicago, IL.
- Lord Bissell and Brook  115 S. chicago IL.

3. In Further support of my motion plaintiff also "Humbly" Rely on this Honorable court to consider Rule 23 (g)(1)(A) of the Federal Rule of Civil Procedure in making it's determination to certify the plaintiff's as a class and appoint Counsel. I declare that plaintiff Jimmy Dale Miller #2007-0049271 is currently Represented by an attorney, appointed by the court in this civil proceeding before this court

Co plaintiff Eric Cannon #2007-0094203 declare that He is not currently, nor previously have been Represented by an attorney appointed by the court in this or any civil or criminal proceeding before this court

4. In further support of our motion we declare we have attatched the original applications to leave to proceed Informa Pauperis in the proceeding our financial status

5. We declare under the penalty of penalty perjury that the foregoing is true and correct

3/07/08

FROM: Jimmy Dale Miller #2007-0049271
P.O. Box 089002
Chicago, IL. 60608

TO: Wildman Harrold Allen & Dixon          Seyfarth Shaw Fairweather Geraldson
225 W. Wacker Drive                         55 E. Monroe St., Chicago, IL. 60603
Suite 2800, Chicago, IL. 60606

Winston & Strawn         Lord Bissell & Brook
35 W. Wacker Drive       115 S. LaSalle Street
Chicago, IL. 60601       Chicago, IL. 60603

(5 copies)

ATTN: Ladies and Gentleman

   I and co-plaintiff Mr. Eric R. Cannon #20070094203 write your law firm hoping to seek your legal representation in a matter reguarding the illegal strip SEARCH of detainees in closed please find a 4 page illustration of the illegal strip search procedure's.

   If you choose not to represent me please send me a letter of your denial so that I will have proof that I took the inititive to seek legal representation

Respectfully Submitted
Jimmy Dale Miller

This law suit also deals with Disciplinary Hearing

O.C. | HONORABLE Judge
C.C. | PERSONAL FILE
C.C. | EACH LAW FIRM LISTED



5 copies

Jimmy Dale Miller
(Sign)

Jimmy DALE Miller
(Print Movant)
2007-0049271
I.D.#

Cook County Jail
P.O. Box 089002
Chicago, IL. 60608

Eric R. Cannon
(Sign)

ERic CANNON
Print Co-Plaintiff
2007-0094230
I.D.#

Cook County Jail
P.O. Box 089002
Chicago, IL. 60608

DATE: 3/07/08

No Copies