4/07/08
Case 1:08-cv-02054  Document 5  Filed 04/10/2008  Page 1 of 2
08CV2054
JUDGE GETTLEMAN
MAG. JUDGE KEYS
FILED
APR 10 2008
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

I sincerely pray by the time this letter reaches your department it would find you colleague and staff in the very best of health.

· Please find enclosed the original complain and moving papers.

· I have a 6 page illustration (Drawing) that I would humbly appreciate if you would forward the drawing to my assigned judge.

· As in regaurds to Co-plaintiff Mr. Eric Cannon #2007-0094203 his in forma Pauperis application and financial affidavit I only name 3 defendent which is because only these three defendents pratains to his case and situation.

Would you please send myself - as well as Co-plaintiff Mr. Eric Cannon #2007-0094203 a copy of moving papers (for our file) so that we can have proof that your office has receive our complant and moving papers. You'll have to send us our copies seperately because we are in seperate division..

Thank you

J.D.M.

ATTN: CLERK

ATTN: CLERK