UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ILLINOIS

JIMMY MILLER #2007-0049271
    Plaintiff,

- vs -

Deputy Sheriff Mr. Velez
Mr. Hinton
Lt. Ms. Martinez
Ms. ~~Newton~~ C. Giles
Deputy Sheriff Mr. Lithausburger "LB"
Deputy Sheriff Mr. Johnson
Sgt. Mr. Paupt
Supt. D. Andrew
Supt. Salazar
Deputy Sheriff Mr. Aloisio
    Defendants.

FILED
APR 10 2008
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Forma Pauperis Application and Financial Affidavit

**08CV2054
JUDGE GETTLEMAN
MAG. JUDGE KEYS**

I, Jimmy Dale Miller #2007-0049271, declare that I am the movant in the above entitled case. This affidavit constitutes my application in support of my motion for appointment of counsel. I also declare that I am unable to pay the cost of this proceeding and that I am entitled to the relief sought in the complaint. In support of this application, I answer the following questions under the penalty of perjury.

1. Are you currently incarcerated? : Yes
I.D.#: 2007-004927 Name of Jail: Cook County Jail

2. Are you currently employed? : No
  • monthly salary? : NA
  • Name and address of employer? : N/A
(A) if the answer is No Date of last employment? : 3/07
Monthly salary or wage? : I made about $200+ a month, in the short period that I worked there. I was on call.
Name and address: "Special Events" 1960 N. Clybourn.

(B) are you married?: NO
Spouses monthly salary or wages weekly?: N/A
Name and address of employee?: N/A

3. apart from your income stated above in response to question 2 in the past 12 months have you or any one else living at the same address received more than $200.00 from any of the following sources? Work:
(A) amount $ N/A   Received by N/A                              yes  no
(B) ☐ Business, ☐ profession, or ☐ other self-employment  ☐  ☒
    amount $: N/A        Received by?: N/A                     YES  NO
(C) Rent Payment ☐, Intrest ☐, or dividends                    ☐  ☒
                        (2007)
(D) in ~~Febrea~~ January — June   I received $155.00 per month in Public Aid Assistants. I received a total of $930.00

3/12/08
DATE

*Jimmy Dale Miller*
(SIGN)

Jimmy Dale Miller #2007-0049271
(PRINT)

# CERTIFICATE

(To be completed by the Institution of Incarceration)

I certify that the applicant herein **Jimmy Miller** I.D.# **20070049271** has the sum of **$0.02** on account to his credit at Cook County Jail. I further certify that the applicant has the following securities to his credit **.00**. I further certify that during the past 6 months the applicant's average monthly deposit was **$0.07** (add all deposit from all sources and then divide by number of months)

3-12-08
DATE

_____
Signature of authorized officer

CRW R. Puckett Jr.
print name



**\*\*TRANSACTION REPORT\*\***
Print Date: 03/11/2008

Inmate Name: MILLER, JIMMY D.          Balance:     $0.02
Inmate Number: 20070049271
Inmate DOB: 6/25/1968

| Stamp | Transaction | Amount | Balance |
|---|---|---:|---:|
| 10/31/2007 | ORDER DEBIT | -0.40 | 0.02 |
| 07/26/2007 | ORDER DEBIT | -6.58 | 0.42 |
| 07/19/2007 | CREDIT TRANSFER | 7.00 | 7.00 |

© 2004 ARAMARK Corporation. All Rights Reserved