UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT (EASTERN) OF
ILLINOIS

**FILED**
4-10-2008
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ERIC CANNON #2007-0094203
    Plaintiff
-vs-
Deputy Sheriff MR. ALOISIO
Deputy Sheriff MR. JOHNSON
Sergeant MR. Paupt
    Defendants

IN FORMA PAUPERIS
Application and
Financial affidavit

**08CV2054**
**JUDGE GETTLEMAN**
**MAG. JUDGE KEYS**

I, ERIC CANNON #2007-0094203, declare that I am the Co-Complaintiff in the above entitled case. This affidavit Constitutes my application in Support of my motion for appointment of counsel. I also declare that I am unable to pay the costs of these proceedings and that I am entitled to the Relief Sought in the complaint. In Support of this application. I answer the following questions under penalty of perjury

1. Are you currently Incarcerated? YES
   ID# 20070094203     Name of Jail Cook County Dept. Corrections
   Do you Receive any Payment from this Institution? NO

2. Are you currently Employed? NO
   Monthly Salary or wage? N/A
   Name and address of Employee? N/A
   (A) If the answer is No Date of Last Employment N/A
   Monthly Salary or Wages N/A     Weekly Name and address
   of Last employment:     N/A

(B) Are you married? NO
Spouse's monthly salary or wages weekly?
Name and address of employer?

3. Apart from your income stated above in response to question 2 in the past 12 months have you or any one else living at the same address received more than $200.00 from any of the following sources? Work:
   A) amount $ N/A     Received by N/A
   B) ☐ Business, ☐ profession, or ☐ other self-employment   yes ☐  NO ☒
      amount $ N/A     Received by N/A
   C) Rent payment ☐, Interest ☐, or dividends ☐   yes ☐  NO ☒
      Amount $ N/A     Received by N/A

3/07/08
DATE

_Eric R. Cannon_
(SIGN)

ERIC CANNON #2007-0094203
(PRINT)

CERTIFICATE

(To be completed by the Institution of Incarceration)

I certify that the applicant herein, ERIC CANNON I.D. #20070094203 has the sum of $161.26 on account to his credit at Cook County Jail. I further certify that the applicant has the following securities to his credit. 00 _____ I further state and certify that during the past 6 months the applicant average monthly deposit was $128.00 (and all deposit from all sources and divide by number of months)

DATE 3-12-08

Signature of authorized officer

R. L. Puckett Jr.
PRINT NAME



**TRANSACTION REPORT**
Print Date: 03/11/2008

Inmate Name: CANNON, ERIC
Inmate Number: 20070094203
Inmate DOB: 6/16/1984

Balance: $161.26

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/07/2008 | RETURN CREDIT | 75.50 | 161.26 |
| 03/05/2008 | ORDER DEBIT | -75.50 | 85.76 |
| 02/27/2008 | ORDER DEBIT | -86.05 | 161.26 |
| 02/27/2008 | CREDIT | 245.00 | 247.31 |
| 02/20/2008 | ORDER DEBIT | -63.84 | 2.31 |
| 02/19/2008 | CREDIT | 25.00 | 66.15 |
| 02/15/2008 | CREDIT | 41.05 | 41.15 |
| 02/06/2008 | ORDER DEBIT | -1.80 | 0.10 |
| 02/04/2008 | RETURN CREDIT | 1.80 | 1.90 |
| 01/30/2008 | ORDER DEBIT | -1.80 | 0.10 |
| 01/23/2008 | ORDER DEBIT | -40.28 | 1.90 |
| 01/18/2008 | CREDIT | 40.00 | 42.18 |
| 01/16/2008 | ORDER DEBIT | -2.50 | 2.18 |
| 01/09/2008 | ORDER DEBIT | -30.32 | 4.68 |
| 01/05/2008 | RETURN CREDIT | 33.49 | 35.00 |
| 01/02/2008 | ORDER DEBIT | -33.49 | 1.51 |
| 12/24/2007 | CREDIT | 35.00 | 35.00 |

© 2004 ARAMARK Corporation, All Rights Reserved

No copies