## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE MILLER #2007-0049271, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 08 C 2054 |
| DEPUTY SHERIFF MR. VELEZ, LT. MS. MARTINEZ, MR. HINTON, MS. C. GILES, DEPUTY SHERIFF MR. LITHENBURGER "LB", DEPUTY SHERIFF MR. JOHNSTON, SGT. MR. PAUPT, SUPT. SALAZAR, SUPT, D. ANDREW, DEPUTY SHERIFF MR. ALOISIO, | ) The Honorable Robert W. Gettleman |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on July 9, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 at the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion for Extension of Time**, a copy of which is attached hereto and hereby served upon you.

**DATED: July 1, 2008**          Respectfully submitted,

JIMMY DALE MILLER

By: /s/ Daniel W. Tarpey
       One of His Attorneys

Daniel W. Tarpey
Colin M. Connor
Seyfarth Shaw LLP
131 S. Dearborn, #2400
Chicago, IL  60603
(312) 460-5000

CH1 11512731.1

## SERVICE LIST

Eric Cannon
#2007-0094203
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

CH1 11512731.1