## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2054 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Jimmy Dale Miller    V    Deputy Sheriff Velez, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an extension of time to file an amended complaint is granted. Amended complaint is due by 8/25/2008. Responsive pleading is due by 9/22/2008. Status hearing is set for 9/25/2008, at 9:00 a.m.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|